IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 94-10001C

(Filed: November 15, 2006)

INDEPENDENCE PARK APARTMENTS, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A status conference shall be held on November 28, 2006, commencing at 2:00 p.m., at the National Courts Building, 717 Madison Place, N.W., Washington D.C. The courtroom in which the conference will be held shall be posted in the lobby of the building.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge