IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INDEPENDENCE PARK APARTMENTS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 94-1A-C |
| v. | ) | Judge Lettow |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Status Conference held in this matter on November 28, 2006, the parties submit this Joint Status Report[1]. In this Report, the parties jointly propose a schedule for fact discovery, expert discovery, certain post-discovery proceedings, and trial.

- Fact discovery ends: April 30, 2007
- Plaintiffs' expert report(s) due: May 15, 2007
- Deposition of plaintiffs' experts: May 15, 2007 - May 25, 2007
- Defendants' expert report(s) due: June 22, 2007
- Deposition of defendants' experts: June 22, 2007 - July 6, 2007
- Plaintiffs' rebuttal reports due: July 25, 2007
- Deposition of plaintiffs' experts regarding rebuttal reports: July 25, 2007 - August 3, 2007
- Pre-trial briefs due: August 31, 2007

[1] The Government has requested the inclusion of the following statement: The Government continues to oppose all further discovery in this matter, as well as the proposed third trial. All relevant issues were properly resolved in Independence Park Apartments v. United States, 465 F. 3d 1508 (Fed. Cir. 2006), and, as such, the Court should dismiss the plaintiffs' complaint. The plaintiffs, moreover, are properly estopped from now pursuing positions inconsistent with those they took during past discovery, in previous trials, and in filings before this Court. Our participation in this joint filing is not a waiver of our objections. We reserve our right to challenge these post-appeal proceedings.

The plaintiffs do not agree with the Government's position as stated above and reserve all rights regarding the Government's positions.

- Trial to commence: September 17, 2007[2]

Respectfully submitted,

Assistant Attorney General
PETER D. KEISLER

DAVID M. COHEN
Director

Everett C. Johnson, Jr./by Laura Perkins
EVERETT C. JOHNSON, JR.
Latham & Watkins
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004-1304
Tele: (202) 637-2200

KENNETH M. DINTZER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Rm 8012
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for the Plaintiffs

Attorneys for Defendant

December 12, 2006

---

[2] The parties propose no trial for Friday, September 21, 2007, because it conflicts with the Jewish holiday of Yom Kippur.