IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 94-10001C

(Filed: December 14, 2006)

INDEPENDENCE PARK APARTMENTS, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges receipt of the parties' Joint Status Report, filed December 12, 2006. For good cause shown, the court adopts the following plan and schedule for further proceedings in this case:

| Event | Deadline |
|---|---|
| Completion of Fact Discovery | April 30, 2007 |
| Plaintiffs' Expert Report(s) | May 15, 2007 |
| Deposition of Plaintiffs' Expert(s) | May 15-25, 2007 |
| Defendant's Expert Report(s) | June 22, 2007 |
| Deposition of Defendant's Expert(s) | June 22 - July 6, 2007 |
| Plaintiffs' Rebuttal Reports | July 25, 2007 |
| Deposition of Plaintiffs' Expert(s) Regarding Rebuttal Reports | July 25 - August 3, 2007 |
| Pre-trial Briefs | August 31, 2007 |
| Pre-trial Conference | September 17, 2007 @ 10:00 a.m. at the National Courts Building |

| | |
|---|---|
| Commencement of Trial | September 24, 2007 @ 9:30 a.m. at the National Courts Building |

A courtroom will be reserved for eight trial days, from September 24, 2007 through October 3, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge