IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 94-10001C

(Filed: July 5, 2007)

INDEPENDENCE PARK APARTMENTS, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A status conference shall be held by telephonic means on July 11, 2007, at 9:00 a.m. EDT. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge