IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 94-10001C

(Filed: July 11, 2007)

INDEPENDENCE PARK APARTMENTS, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

A telephonic status conference was held on July 11, 2007 to address the timing of the trial in this case, currently scheduled for September 24 - October 3, 2007. As a result of the discussions held during the hearing, it is hereby ordered that trial preparations in this case be suspended and that the trial in this case be postponed indefinitely. In connection with future rescheduling of the trial, the parties shall file a joint status report within 14 days after the Court of Appeals for the Federal Circuit issues a decision in *Cienega Gardens v. United States* (Fed. Cir. No. 06-5051) and *Chancellor Manor v. United States* (Fed. Cir. No. 06-5052).

It is so ORDERED.

s/ Charles F. Lettow
Judge