**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INDEPENDENCE PARK APARTMENTS ET AL.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 94-1A-C (Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

JOINT STATUS REPORT

Pursuant to the Court's July 11, 2007 order, the parties report the following:

Plaintiffs are of the opinion that the Federal Circuit's September 25, 2007, decision in Cienega Gardens v. United States (Fed. Cir. No. 06-5051) and Chancellor Manor v. United States (Fed. Cir. No. 06-5052) ("Federal Circuit Opinion") has no bearing on the proceedings before this Court in Independence Park. Defendant has not yet determined whether that is the case, but proposes that this case proceed without awaiting any further review in Cienega Gardens or Chancellor Manor. Consequently, the parties propose the following schedule for further proceedings:

| | |
|---|---|
| Deposition of Defendants' Experts: | November 6-9, 2007 |
| Plaintiffs' Expert Rebuttal Reports Due: | December 7, 2007 |
| Deposition of Plaintiffs' Expert(s) Regarding Rebuttal Reports: | January 21-25, 2008 |
| Pre-trial Briefs (including the identification of exhibits and witnesses for trial): | February 15, 2008 |
| Pre-trial Conference: | March 24, 2008 |
| Trial to Commence: | March 31, 2008 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

/s Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Rm 8012
Washington, DC 20530
Telephone: (202) 307-0282

Attorneys for Defendant

/s Everett C. Johnson, Jr.
EVERETT C. JOHNSON, JR.
LATHAM & WATKINS
555 11th Street, NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200

Attorneys for Plaintiffs

October 9, 2007

CERTIFICATE OF FILING

I hereby certify that on this 9th day of October 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kenneth D. Woodrow