IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 94-10001C

(Filed: October 11, 2007)

INDEPENDENCE PARK APARTMENTS, *et al*.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A status conference shall be held on October 25, 2007, commencing at 10:00 a.m. at the National Courts Building. The conference in this case will be held jointly with a conference in *Claremont Village Commons v. United States*, No. 94-10002C. The particular courtroom to be used for the hearing will be listed in the lobby of the courthouse on the day of the hearing.

It is so ORDERED.

s/ Charles F. Lettow
Judge