# In the United States Court of Federal Claims

## NOTICE

**INDEPENDENCE PARK APARTMENTS**
**& CLAREMONT VILLAGE**

**No. 94-10001C**
**94-10002C**

**V.**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C., November 2, 2007**

To Attorney of Record, Assistant Attorney General and Judge Charles F. Lettow

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Transcript of Proceedings (one volume) taken at Washington, DC on October 25, 2007.

Brian Bishop
Brian Bishop, Clerk