**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INDEPENDENCE PARK APTS. et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 94-1A-C** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | **Judge Lettow** |
| **Defendant.** | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's request, the parties propose the following scheduling order for further proceedings in the above-captioned matter:

| | |
|---|---|
| Deposition of Plaintiffs' Expert(s) Regarding Rebuttal Reports: | January 21-25, 2008 |
| Pre-trial Briefs and Identification of Exhibits and Witnesses for Trial: | February 15, 2008 |
| Pre-trial Conference: | March 24, 2008 |
| Trial to Commence: | March 31, 2008 |

The parties also advise the Court that Plaintiffs' counsel has taken the deposition of Defendant's expert witness and that Plaintiffs have submitted an expert witness rebuttal report to the Defendant.

Respectfully submitted,

s/ Everett C. Johnson, Jr.

Everett C. Johnson, Jr.
LATHAM & WATKINS LLP
555 11th Street, NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200

Attorneys for Plaintiffs

s/ Jeffrey S. Bucholtz

Jeffrey S. Bucholtz
Acting Assistant Attorney General

s/ Jeanne E. Davidson

Jeanne E. Davidson
Director

s/ Kenneth M. Dintzer

Kenneth M. Dintzer
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Rm. 8012
Washington, D.C. 20530
Tel: (202) 307-0282

Attorneys for Defendant

December 11, 2007



DC\1058287.1