IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 94-10001C

(Filed: December 13, 2007)

INDEPENDENCE PARK APARTMENTS, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court is the parties' Joint Status Report, filed December 11, 2007. The parties propose a schedule for trial proceedings, which the court adopts as follows:

| Event | Deadline |
|---|---|
| Deposition of Plaintiffs' Expert(s) Regarding Rebuttal Reports | January 21-25, 2008 |
| Pre-trial Briefs and Identification of Exhibits and Witnesses for Trial | February 15, 2008 |
| Pre-trial Conference | March 24, 2008 at 10:00 a.m. at the National Courts Building |
| Trial to Commence | March 31, 2008 at 9:30 a.m. at the National Courts Building |

The particular courtrooms to be used will be listed in the lobby of the courthouse on the days of the proceedings.

It is so ORDERED.

s/ Charles F. Lettow
Judge