**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INDEPENDENCE PARK APARTMENTS ET AL.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 94-1A-C** **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**<u>JOINT MOTION FOR EXTENSION OF TIME</u>**

The parties respectfully request a fourteen-day extension of time within which to file their pre-trial memoranda, exhibit lists, and witness lists in the above-captioned case. A fourteen-day extension of time would extend the filing date to February 29, 2008. On February 15, 2008, the plaintiffs submitted a written offer of settlement. The authorized representative of the Attorney General is currently considering the plaintiffs' offer of settlement. The fourteen-day extension would give the Government additional time for consideration of the settlement offer and may avoid the unnecessary expenditure of judicial resources.

For the foregoing reasons, the time for filing pre-trial memoranda, exhibit lists, and witness lists in this case should be extended to and including February 29, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

/s Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

/s Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Rm 8012
Washington, DC 20530
Telephone: (202) 307-0282

Attorneys for Defendant

/s Everett C. Johnson, Jr.
EVERETT C. JOHNSON, JR.
LATHAM & WATKINS
555 11th Street, NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200

Attorneys for Plaintiffs

February 5, 2008

CERTIFICATE OF FILING

I hereby certify that on this 5th day of February 2008, a copy of the foregoing "JOINT MOTION FOR EXTENSION OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Rebecca S. Giltner