IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 94-10001C

(Filed: February 6, 2008)

INDEPENDENCE PARK APARTMENTS, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Corrected Joint Motion for Extension of Time, filed February 6, 2008. The parties seek a fourteen day extension of time until February 29, 2008 to file their pre-trial memoranda, exhibit lists, and witness lists. The parties request the extension to give the government additional time to consider the plaintiffs' written offer of settlement, which was submitted on January 15, 2008.

For good cause shown, the motion is GRANTED. The parties shall make the required pre-trial filings on or before February 29, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge