**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INDEPENDENCE PARK APTS. et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 94-1A-C** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | **Judge Lettow** |
| **Defendant.** | ) | |
| | ) | |

**SECOND JOINT MOTION FOR EXTENSION OF TIME**

The parties respectfully request a twenty-one day extension of time within which to file their pre-trial memoranda, exhibit lists, and witness lists in the above-captioned case. A twenty-one-day extension of time would extend the filing date to March 21, 2008. On January 15, 2008, the plaintiffs submitted a written offer of settlement. The authorized representative of the Attorney General is currently considering the plaintiffs' offer of settlement. The twenty-one day extension would give the Government additional time for consideration of the settlement offer and many avoid unnecessary expenditure of judicial resources.

For the foregoing reasons, the time for filing pre-trial memoranda, exhibit lists, and witness lists in this case should be extended to and including March 21, 2008.

Respectfully submitted,

s/ Everett C. Johnson, Jr.

Everett C. Johnson, Jr.
LATHAM & WATKINS LLP
555 11th Street, NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200

Attorneys for Plaintiffs

s/ Jeffrey S. Bucholtz

Jeffrey S. Bucholtz
Acting Assistant Attorney General

s/ Jeanne E. Davidson

Jeanne E. Davidson
Director

s/ Kenneth M. Dintzer

Kenneth M. Dintzer
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Rm. 8012
Washington, D.C. 20530
Tel: (202) 307-0282

Attorneys for Defendant

February 25, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 25th of February, 2008, a copy of the foregoing "SECOND JOINT MOTION FOR AN EXTENSION OF TIME" was filed electronically. I understand that a notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this system through the Court's system.

/s Rebecca S. Giltner