IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 94-10001C

(Filed: February 26, 2008)

INDEPENDENCE PARK APARTMENTS, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Second Joint Motion for Extension of Time, filed February 25, 2008. The parties seek a twenty-one day extension of time until March 21, 2008 to file their pre-trial memoranda, exhibit lists, and witness lists. The parties request the extension to give the government additional time to consider the plaintiffs' written offer of settlement, which was submitted on January 15, 2008.

For good cause shown, the motion is GRANTED IN PART and DENIED IN PART. To allow for adequate trial preparation time, the parties shall make the required pre-trial filings on or before March 14, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge