**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INDEPENDENCE PARK APTS. et al.,** | **)** | |
| | **)** | |
| **Plaintiffs,** | **)** | |
| | **)** | **No. 94-1A-C** |
| **v.** | **)** | |
| | **)** | |
| **UNITED STATES,** | **)** | |
| | **)** | **Judge Lettow** |
| **Defendant.** | **)** | |
| | **)** | |

## JOINT MOTION TO CONTINUE TRIAL DATE

The parties respectfully request that the Court continue the trial date currently set for March 31, 2008 in the above-captioned matter, as well as the pre-trial conference date and time within which to file pre-trial memoranda, exhibit lists, and witness lists. On January 15, 2008, Plaintiffs submitted a written offer of settlement. The authorized representatives of the Attorney General are currently considering Plaintiffs' offer of settlement. A continuance of the trial date, as well as the pretrial conference and pre-trial and submission deadlines, would provide the Government additional time for consideration of the settlement offer and may avoid the unnecessary expenditure of judicial resources.

The parties jointly propose a trial date of June 16, 2008. The parties also jointly propose that the pre-trial conference take place on June 9, 2008, and that the pre-trial memoranda, exhibit lists, and witness lists be submitted on May 2, 2008. In the alternative, the parties request that the Court schedule a status conference to confer on a new trial date.

For the foregoing reasons, the trial should be continued to June 16, 2008, or, alternatively, a status conference should be scheduled determine a new trial date.

Respectfully submitted,

s/ Everett C. Johnson, Jr.

Everett C. Johnson, Jr.
LATHAM & WATKINS LLP
555 11th Street, NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200

Attorneys for Plaintiffs

s/ Jeffrey S. Bucholtz

Jeffrey S. Bucholtz
Acting Assistant Attorney General

s/ Jeanne E. Davidson

Jeanne E. Davidson
Director

s/ Kenneth M. Dintzer

Kenneth M. Dintzer
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Rm. 8012
Washington, D.C. 20530
Tel: (202) 307-0282

Attorneys for Defendant

March 6, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 6th of March, 2008, a copy of the foregoing "JOINT MOTION FOR AN EXTENSION OF TRIAL DATE, PRE-TRIAL FILINGS, AND PRE-TRIAL CONFERENCE" was filed electronically. I understand that a notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this system through the Court's system.

/s Rebecca S. Giltner