IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 94-10001C

(Filed: March 7, 2008)

INDEPENDENCE PARK APARTMENTS, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

RESCHEDULING ORDER

The start of trial is rescheduled from March 31, 2008 to December 2, 2008 at 9:30 a.m. at the National Courts Building. The pretrial conference is rescheduled from March 24, 2008 to November 25, 2008 at 10:00 a.m. at the National Courts Building. The particular courtrooms to be used will be listed in the lobby of the courthouse on the days of the proceedings.

It is so ORDERED.

s/ Charles F. Lettow
Judge