**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INDEPENDENCE PARK APARTMENTS et al.,** | ) | |
| **Plaintiffs,** | ) | **No. 94-1A-C** |
| **v.** | ) | |
| | ) | **Judge Lettow** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PARTIES' STIPULATION TO VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the parties stipulate to the dismissal of this action, with prejudice, and with both parties to bear their own fees, expenses and costs. The settlement agreement, executed in the matter on May 29, 2008, is attached hereto.

Respectfully submitted,

s/ Everett C. Johnson, Jr.
Everett C. Johnson, Jr.
LATHAM & WATKINS LLP
555 11th Street, NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200

Attorneys for Plaintiffs

s/ Gregory G. Katsas
Gregory G. Katsas
Assistant Attorney General

s/ Jeanne E. Davidson
Jeanne E. Davidson
Director

s/ Kenneth M. Dintzer
Kenneth M. Dintzer
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Rm. 8012
Washington, D.C. 20530
Tel: (202) 307-0282

Attorneys for Defendant

July 18, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 18th of July, 2008, a copy of the foregoing "PARTIES' STIPULATION TO VOLUNTARY DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Rebecca S. Giltner
Rebecca S. Giltner